UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIA G. GUTIERREZ-DIAZ,

            Plaintiff,

    -against-

US HEALTH CARD D/B/A QUALIFIED HEALTH
and MEYER GUTNICK, Individually,

           Defendants.
---------------------------------------------------------------X

Civil Action No. 13-CV-03086

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate, through the undersigned counsel of record, that the above-captioned action and all claims and causes of action that were or could have been asserted therein are hereby withdrawn, with prejudice, and without costs or attorneys' fees to any party.

Dated: December 31, 2013

_____
Michael R. DiChiara, Esq.
KRAKOWER DICHIARA LLC
*Attorneys for Plaintiff*
One Depot Square
77 Market Street, Suite #2
Park Ridge, NJ 07656
(201) 746-6333

Dated: December 31, 2013

_____
Alan B. Pearl
ALAN B. PEARL & ASSOCIATES, P.C.
*Attorneys for Defendants*
6800 Jericho Turnpike Suite 218E
Syosset, New York 11791
(516) 921-6645

SO ORDERED:

/s/ Judge Raymond J. Dearie

1/3/14